IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01785-MSK-KLM

SIRRLOVE WILLIAMS,

    Plaintiff,

v.

D/S PUGLIESE;
D/S SHEAFER; and
CAPT. COYLE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 1 2009

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

**FURTHER ORDERED** that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED this 21st day of August, 2009.

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01785-MSK-KLM

Sirrlove Williams
Prisoner No. 83577
DRDC
P.O. BOX 392004
Denver, CO 80294

US Marshal Service
Service Clerk
Service forms for: D/S Pugliese, D/S Sheafer, and
Capt. Coyle

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on D/S Pugliese, D/S Sheafer, and Capt. Coyle: COMPLAINT FILED 7/29/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/21/09.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk